IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LAVORIS MCGHEE                                                                      PLAINTIFF

V.                                          4:23CV00399 JM

MURTHY SATNARAYAN                                                              DEFENDANT

## ORDER

Plaintiff filed his complaint along with a motion for leave to proceed *in forma pauperis* on April 28, 2023. The Court granted the motion for leave to proceed *in forma pauperis* but required Plaintiff to make an initial payment of $150 toward his filing fee. Plaintiff has not responded to the Court's order and has not paid the $150 payment.

For this reason, the case is dismissed without prejudice for failure to prosecute pursuant to Rule 41(b). *See Link v. Wabash R. Co.*, 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted. The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts.").

The Clerk is directed to close the case.

IT IS SO ORDERED this 1st day of August, 2024 .

_____
James M. Moody Jr.
United States District Judge